## ROSS et al. v. WILSON et al.

No. 13807—Opinion Filed July 24, 1923.

(Syllabus.)

**Guardian and Ward—Validity of Guardian Sale of Land—Decision Followed.**

The syllabus in this case is the same as adopted in case No. 14005, Ross et al. v. Groom et al., in which opinion was this day filed.

Error from District Court, Creek County; Lucien B. Wright, Judge.

Action by Alice Wilson et al. against Wayne M. Ross et al. to quiet title. Judgment for plaintiffs, and defendants bring error. Reversed and remanded, with directions.

Freeling, Hood & Howard, Chas. G. Watts, and Jno. Q. Adams, for plaintiffs in error.

Thrift & Davenport and Pounders & Pardoe, for defendants in error.

COCHRAN, J. This action was commenced by Alice Wilson et al. to quiet her title to certain lands in Creek county, Okla. The questions are identical with those presented in the case of Ross v. Groom, 90 Okla. 270. 217 Pac 480, and the questions determined in that case are decisive of this case. It is our opinion that the judgment of the trial court should be reversed, and the cause remanded, with directions to grant a new trial, and it is so ordered.